**Michael VAN VLIET, Appellant,**

v.

**Nurse Andrea GARRET; Dr. Huskins, Appellees.**

**No. 08–2035.**

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 16, 2009.

Filed: Oct. 26, 2009.

Michael Van Vliet, Rogers, AR, pro se.

Janan A. Davis, Jeremy Michael McNabb, Michael R. Rainwater, Rainwater & Holt, Little Rock, AR, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

In this civil action, Michael Van Vliet appeals following the District Court's [1] denial of his motion to reconsider the order dismissing his complaint for failure to comply with the court's discovery order. The District Court entered the order denying Van Vliet's motion for reconsideration on March 17, 2008. Van Vliet filed his notice of appeal on April 17, 2008, thirty-one days later. We dismiss the appeal for lack of jurisdiction. *See* Fed. R.App. P. 4(a)(1)(A) (requiring parties to file notice of appeal within 30 days in most civil cases); *Huggins v. FedEx Ground Package Sys., Inc.,* 566 F.3d 771, 773 (8th Cir.2009) (noting appellate court's obligation to consider jurisdictional issues sua sponte where jurisdiction may be lacking).

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Judge for the Western District of Arkansas.